UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
FLOR S. ANDRADE

Case No.: 17-18610 JKS  
Chapter: 7  
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:   U.S. Bankruptcy Court
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on October 24, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property: 59 Quaker Church Road, Randolph, NJ
> Valued at about $325,000
> Less about 10% costs of sale

> Liens on property: $315,000

> Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name:       */s/ Steven P. Kartzman*

Address:    101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: (973) 267-0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 17-18610-JKS
Flor S Andrade                                                                    Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1              Date Rcvd: Oct 02, 2017
                              Form ID: pdf905            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db             +Flor S Andrade,    59 Quaker Church Road,    Randolph, NJ 07869-1518
cr             +Fifth Third Bank,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
516792205      +Amex,    Correspondence,    Po Box 981540,    ElPaso, TX 79998-1540
516792206     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516792207      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516792212      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
516792213      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2017 23:31:14     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2017 23:31:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2017 23:28:15     Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
516792208      +E-mail/Text: collectionbankruptcies.bancorp@53.com Oct 02 2017 23:31:52     Fifth Third Bank,
                 1830 East Paris Ave,    Grand Rapids, MI 49546-8803
516792209      +Fax: 407-737-5634 Oct 03 2017 00:00:13     Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
516792211      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2017 23:27:54     Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516793869      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2017 23:27:54     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516792210       State of New Jersey
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2017 at the address(es) listed below:
              Marc A. Futterweit     on behalf of Debtor Flor S Andrade marcf2@optonline.net
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;angiea@msklaw.net;jloewenstein@msklaw.net
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3